IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NOOR AHMED HUSSEIN,

Petitioner,

vs.

WARDEN OF LINCOLN COUNTY JAIL and MARKWAYNE MULLIN, Secretary, DHS,

Respondents.

8:26-CV-677

ORDER

IT IS ORDERED:

1. For the reasons stated in case no. 8:26-cv-346 filing 12, the petitioner's motion to reopen (filing 9) is denied.

2. The petitioner's motion for leave to proceed in forma pauperis (filing 10) is denied as moot.

Dated this 18th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge